IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**GENEVIVE GARZA, Individually and on behalf of all Others Similarly Situated** **PLAINTIFF**

vs. No. 5:19-cv-700-FB-HJB

**SPACE AGE COMMUNICATIONS, INC., and CREATIVE BROADBAND SOLUTIONS, LLC** **DEFENDANTS**

## CONSENT TO JOIN COLLECTIVE ACTION

I was a Cable Installer of Space Age Communications, Inc. and/or Creative Broadband Solutions, LLC on or after January 1, 2017. I understand this lawsuit is being brought under the Fair Labor Standards Act for alleged unpaid overtime wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

[signature]
SIGNATURE

John Hernandez
PRINTED NAME

Date: 3/27, 2020

*/s/ Josh Sanford*
**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**One Financial Center**
**650 South Shackleford Road, Suite 411**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

**IMPORTANT: RETURN FOR FILING BEFORE APRIL 9, 2020**

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**GENEVIVE GARZA, Individually and on behalf of all Others Similarly Situated** **PLAINTIFF**

vs. No. 5:19-cv-700

**SPACE AGE COMMUNICATIONS, INC., and CREATIVE BROADBAND SOLUTIONS, LLC** **DEFENDANT**

**CERTIFICATE OF SERVICE FOR CONSENT(S) TO JOIN**

I, the undersigned counsel, do hereby certify that on the date imprinted by the CM/ECF system, a copy of the foregoing CONSENT(S) was/were filed via the CM/ECF system, which will provide notice to the following attorneys of record:

Samuel S. Allen, Esq.
Jon Mark Hogg, Esq.
JACKSON WALKER LLP
135 W. Twohig, Suite C
San Angelo, TX 76903
Ph: (325) 481-2558
Fax.: (325) 481-2571
e-mail: sallen@jw.com

Jay K. Rutherford, Esq.
JACKSON WALKER LLP
777 Main Street, Suite 2100
Fort Worth, Texas 76102
(817) 334-7200
(817) 334-7290 - Fax
Email: jrutherford@jw.com

David M. Evans, Esq.
david@dmeacl.com
750 East Mulberry, Suite 407
San Antonio, Texas 78212
210.880.4606 (direct)
210.800.9876 (facsimile)

*/s/ Josh Sanford*
**Josh Sanford**