IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**GENEVIVE GARZA, Individually and on**     **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.     No. 5:19-cv-700-FB

**SPACE AGE COMMUNICATIONS, INC., and**     **DEFENDANTS**
**CREATIVE BROADBAND SOLUTIONS, LLC**

## MOTION FOR ENTRY OF JUDGMENT

Plaintiff Genevive Garza ("Plaintiff"), individually and on behalf of all others similarly situated, by and through her attorney Josh Sanford of Sanford Law Firm, PLLC, submits the following for her Motion for Entry of Judgment:

1. On August 16, 2021, Plaintiff and Defendants participated in a mediation held by Honorable Richard B. Farrer which resulted in settlement. ECF No. 54.

2. On October 11, 2021, Plaintiff and Defendants filed a Joint Stipulation of Dismissal with Prejudice, requesting that the Court administratively close the case and retain jurisdiction for the limited purpose of enforcing the terms of the agreement as to Separate Defendant Creative Broadband Solutions, LLC ("Creative Broadband Solutions"). ECF No. 60.

3. Separate Defendant Space Age Communications, Inc. ("Space Age Communications") met its payment obligations set forth in the Settlement Agreement and Appendix attached respectively as Exhibits 1 and 2, and as such, all claims against Space Age Communications were fully and finally dismissed with prejudice. *Id*.

4. Pursuant to the Settlement Agreement and Appendix, Creative Broadband

Page 1 of 4
Genevive Garza, et al. v. Space Age Communications, et al.
U.S.D.C. (W.D. Tex.) Case No. 5:19-cv-700-FB
Motion for Entry of Judgment

Solutions was to deliver a $500.00 payment to Sanford Law Firm, PLLC, payable to Opt-In Plaintiff Adrian Bautista, by November 1, 2021. Exhibits 1 and 2.

5. Pursuant to the Settlement Agreement and Appendix, Creative Broadband Solutions was to deliver payments in the amounts of $308.24, $25.00, and $166.76 to Sanford Law Firm, PLLC, respectively payable to Opt-In Plaintiffs Adrian Bautista, John Hernandez, and Roberto Sanchez, by December 1, 2021. *Id*.

6. To date, Creative Broadband Solutions has not made any of its agreed payments.

7. The total amount of $1,500.00 is past due under the terms of the Settlement Agreement; there also remains an additional $13,500.00 outstanding balance to be paid by Creative Broadband Solutions.

8. The entire amount of the debt is now due and payable.

9. Initially, no interest was assessed against the payments to be made. However, due to Creative Broadband Solutions' breach of the payment plan, the entire judgment amount remaining should be subject to 0.28% post-judgment interest in accordance with 29 U.S.C. § 1961.

10. Accordingly, Plaintiff hereby requests that this Court enter the attached Judgment pursuant to Rule 58.

11. Plaintiff's counsel has conferred with counsel for Defendant Creative Broadband Solutions regarding this Motion. This Motion is **Unopposed**.

WHEREFORE, for the reasons stated above, Plaintiff respectfully requests the Court grant this Motion and enter the proposed Judgment so that the terms of the settlement agreement can be effectuated.

Page 2 of 4
Genevive Garza, et al. v. Space Age Communications, et al.
U.S.D.C. (W.D. Tex.) Case No. 5:19-cv-700-FB
Motion for Entry of Judgment

Respectfully submitted,

**GENEVIVE GARZA, Individually
and on Behalf of All Others
Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

**Page 3 of 4
Genevive Garza, et al. v. Space Age Communications, et al.
U.S.D.C. (W.D. Tex.) Case No. 5:19-cv-700-FB
Motion for Entry of Judgment**

**CERTIFICATE OF SERVICE**

      I, Josh Sanford, certify that on the date imprinted by the CM/ECF system, the foregoing MOTION was filed via the CM/ECF system, which will notify the following attorneys of record:

Jon Mark Hogg, Esq.
Samuel S. Allen, Esq.
JACKSON WALKER, LLP
135 W. Twohig, Suite C
San Angelo, TX 76903
Telephone: (325) 481-2558
Facsimile: (325) 481-2571
jmhogg@jw.com
sallen@jw.com

Amanda Crouch, Esq.
State Bar No. 24077401
JACKSON WALKER, LLP
112 E. Pecan Street, Suite 2400
San Antonio, Texas 78205
Telephone: (210) 978-7784
Facsimile: (210) 978-7790
acrouch@jw.com

Jay K. Rutherford, Esq.
JACKSON WALKER, LLP
777 Main Street, Suite 2100
Fort Worth, Texas 76102
Telephone: (817) 334-7200
Facsimile: (817) 334-7290
jrutherford@jw.com

David M. Evans, Esq.
ATTORNEY & COUNSELOR AT LAW
State Bar No. 24032163
750 East Mulberry, Suite 407
San Antonio, Texas 78212
210.880.4606 (direct)
210.800.9876 (facsimile)
david@dmeacl.com

                                                          */s/ Josh Sanford*
                                                          **Josh Sanford**

Page 4 of 4
Genevive Garza, et al. v. Space Age Communications, et al.
U.S.D.C. (W.D. Tex.) Case No. 5:19-cv-700-FB
Motion for Entry of Judgment