# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| GENEVIVE GARZA, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SPACE AGE COMMUNICATIONS, INC., and CREATIVE BROADBAND SOLUTIONS, LLC,<br><br>Defendants. | CIVIL ACTION NO. SA-19-CA-700-FB |

## JUDGMENT

Before the Court is plaintiff's Motion for Entry of Judgment (docket no. 60), filed on January 10, 2022. The certificate of conference reflects that the motion is unopposed by Defendant Creative Broadband Solutions, LLC ("Creative Broadband Solutions"). To date, no response in opposition to the motion has been received from Defendant Space Age Communications, Inc. ("Space Age Communications").

A Joint Stipulation of Dismissal With Prejudice (docket no. 60) was filed by the parties on October 11, 2021. The parties stipulated pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above captioned case is dismissed with prejudice, with each side to bear its own fees and costs. *See id.* A dismissal pursuant to Rule 41(a)(1)(A)(ii) allows the Plaintiff to dismiss an action voluntarily without a court order when the stipulation is signed by all parties who have appeared, and therefore this case was closed without an order from this Court on October 11, 2021. (Clerk's docket entry dated October 11, 2021). Plaintiff now moves for entry of a final judgment. After careful consideration, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that this case is REOPENED for the limited purpose of entering this Judgment.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that Plaintiff's Motion for Entry of Judgment (docket no. 61) is GRANTED such that the Court Finds, Orders and Decrees as follows:

1. This Court has subject matter jurisdiction and venue is proper.

2. Plaintiff Genevive Garza ("Garza") filed her Complaint on June 17, 2019, against Defendants.

3. The Original Complaint alleges violations by Creative Broadband Solutions and Space Age Communications (collectively, "Defendants") of the Fair Labor Standards Act ("FLSA").

4. On January 6, 2020, Garza filed a Motion for Conditional Certification.

5. This Court granted Garza's Motion on January 8, 2020, certifying a class of "[a]ll Cable Installers who performed services for Creative Broadband Solutions and were paid on a piece-rate basis since January 1, 2017."

6. Following certification, eleven individuals opted into this Action. Garza and the eleven individuals who opted into this Action are hereafter referred to as "Plaintiffs."

7. As referenced in the Parties' Settlement Agreement, separate Defendant Space Age Communications agreed to pay $3,000.00 to Plaintiffs, and separate Defendant Creative Broadband Solutions agreed to pay $15,000.00 to Plaintiffs.

8. On October 11, 2021, the Parties filed a Joint Stipulation of Dismissal with Prejudice, requesting that the Court administratively close the case and retain jurisdiction for the limited purpose of enforcing the terms of the agreement as to Creative Broadband Solutions, and fully and finally dismissing all claims against Space Age Communications with prejudice.

9. Space Age Communications has made its full payment of $3,000.00. There is an outstanding balance of $15,000.00, for which Creative Broadband Solutions is solely responsible.

10. Plaintiffs are now entitled to a judgment against Creative Broadband Solutions.

11. The entire amount of the debt is now due and payable.

12. Plaintiffs initially assessed no interest against the payments to be made by Creative Broadband Solutions. However, due to Creative Broadband Solutions' breach of the payment plan, the entire judgment amount remaining shall be subject to twenty-eight one hundredths of a percent (.28%) per annum post-judgment interest in accordance with 29 U.S.C. § 1961.

WHEREFORE, IT IS ORDERED, ADJUDGED and DECREED that Plaintiffs have judgment over and against separate Defendant Creative Broadband Solutions in the sum of $15,000.00.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that this case is CLOSED.

It is so ORDERED.

SIGNED this 26th day of January, 2022.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE